JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Anita and Mark Moulder, h/w

(b) County of Residence of First Listed Plaintiff: Montgomery County, PA

*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Kevin M. Blake, Esquire/SMB Law
100 N. 20 Street, Ste 303,Philadelphia, PA 19103
(215) 422-4100

**DEFENDANTS**

Allstate Fire and Casualty Insurance Company

County of Residence of First Listed Defendant: Cook County, IL

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ____ DOCKET NUMBER ____

DATE: Nov 12, 2026

SIGNATURE OF ATTORNEY OF RECORD: Kevin Blake

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

**UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANITA and MARK MOULDER, h/w**<br>**2919 Michele Drive**<br>**Norristown, PA 19401**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**<br>**3100 Sanders Road, Suite 201**<br>**Northbrook, IL 60062**<br><br>**Defendant** | **DOCKET NO.: 2026-** |

## CIVIL ACTION COMPLAINT

1. Plaintiff, Anita Moulder, (hereinafter referred to as "Ms. Moulder") is an adult individual and citizen of the Commonwealth of Pennsylvania residing at 2919 Michele Drive, Norristown, PA 19401.
2. Plaintiff, Mark Moulder, (hereinafter referred to as "Mr. Moulder") is an adult individual and citizen of the Commonwealth of Pennsylvania residing at 2919 Michele Drive, Norristown, PA 19401.
3. All references to "Plaintiffs" in the plural refer to Mr. and Ms. Moulder.
4. Defendant Allstate Fire and Casualty Insurance Company (hereinafter referred to as "Allstate") is, upon information and belief, a corporation or other entity existing under and by virtue of the laws of the State of Illinois with a principal place of business located at 3100 Sanders Road, Suite 201, Northbrook, IL 60062.

## ALLEGATIONS OF JURISDICTION AND VENUE

5. Jurisdiction in this matter is based upon diversity of citizenship in accordance with 28 U.S.C. Section 1332.

6. The Plaintiffs are seeking damages in excess of $75,000 exclusive of interest, costs, and attorneys fees.

7. The Plaintiffs are citizens of the Commonwealth of Pennsylvania.

8. The Plaintiffs reside in Montgomery County of the Commonwealth of Pennsylvania.

9. The Defendant is a citizen of the State of Illinois.

10. The Plaintiffs purchased their insurance policy at issue in the Commonwealth of Pennsylvania.

11. The United States District Court for the Eastern District of Pennsylvania encompasses and serves Montgomery County of the Commonwealth of Pennsylvania.

12. Venue is proper in the United States District Court for the Eastern District of Pennsylvania under 28 U.S.C. Section 1391(a).

## OPERATIVE FACTS

13. At all times material hereto Mr. and Ms. Moulder insured five vehicles with Allstate under policy number 977 579 313.

14. Plaintiffs are not in possession of a copy of the applicable Allstate policy but have attached, as Exhibit A, a true and correct copy of the policy's declaration page.

15. The applicable policy provided for a minimum of $100,000/$300,000 of Underinsured Motorist Coverage.

16. Upon information and belief, Allstate is not in possession of valid stacking waivers for the applicable policy.

17. Upon information and belief, Allstate is in possession of an actual, certified copy of the Allstate policy at issue.

18. On or about December 15, 2023, at 8:32 p.m., Ms. Moulder, was operating a 2019 Honda Civic and was stopped on Stonybrook Drive at its intersection with N. Whitehall Road in West Norriton Township, Montgomery County, Pennsylvania.

19. On the aforesaid date and time, Kevin Francis Papiernik, was operating a 2016 Ford F150 pickup truck and was travelling south on N. Whitehall Road at its intersection with Stonybrook Drive, West Norriton Township, Montgomery County, Pennsylvania.

20. On the aforesaid place, date and time, Mr. Papiernik, attempted to make a right turn onto Stonybrook Drive when, suddenly and without warning, he lost control of his vehicle and made a wide turn crashing into the front driver's side of Ms. Moulder's vehicle causing injuries and damages to Plaintiffs as more fully described hereinafter.

21. Immediately following the subject accident Mr. Papiernik, admitted to the police that he had consumed alcoholic beverages prior to the accident.

22. At the scene of the accident, Mr. Papiernik was asked to perform standardized field sobriety tests to which he failed and was placed under arrest for suspicion of driving under the influence of alcohol.

23. Subsequently, Mr. Papiernik provided a blood sample which revealed a blood alcohol concentration level of .154%, nearly two (2) times the legal limit.

24. In addition to alcohol, it was further determined that Mr. Papiernik was under the influence of Oxycodone (15 ng/ml), a Schedule II controlled substance, at the time of the accident.

25. Subsequent to the accident described herein, Mr. Papiernik, was charged with Driving under the Influence of Alcohol or a Controlled Substance, a violation of 75 Pa.C.S. § 3802.

26. On or about September 20, 2024, Mr. Papiernik, pled guilty to Driving under the influence of Alcohol and a Controlled Substance.

27. As a direct and proximate result of the September 20, 2024, motor-vehicle crash Ms. Moulder sustained injuries to her head, neck, and low back, including headaches, dizziness, memory impairment, difficulty concentrating, visual symptoms, photophobia, phonophobia, and post-concussive symptoms.

28. Ms. Moulder further suffered neck pain with pain radiating into her shoulders and left upper extremity, numbness and tingling extending from both elbows into her hands, impaired dexterity, and cervical radicular symptoms.

29. Ms. Moulder also suffered low-back pain, pain radiating into her hips, buttocks, and legs, associated numbness, restricted spinal motion, and resulting limitations in sitting, standing, walking, driving, bending, twisting, lifting, carrying, pushing, pulling, squatting, kneeling, and overhead activity.

30. In an effort to cure the injuries caused in the crash, Ms. Moulder participated in vestibular therapy, cognitive therapy, occupational therapy, physical medicine and rehabilitation, activity modification, and medication management, without a return to her pre-injury baseline.

31. Ms. Moulder also underwent diagnostic evaluation and treatment for her continuing injuries, including cervical- and lumbar-spine MRI studies, bilateral upper-extremity EMG testing, and pain-management evaluation. The EMG documented bilateral carpal tunnel syndrome and a left C6 radiculopathy.

32. Because Ms. Moulder's neck and arm pain persisted despite conservative treatment, she underwent a C6-C7 cervical epidural steroid injection on May 12, 2025. The injection did not provide relief and reportedly worsened her pain; Plaintiff was directed to follow up with her surgeon concerning further treatment options.

33. As a direct and proximate result of the negligence, carelessness and/or recklessness of the tortfeasor, Mr. Papiernick, as described above, Ms. Moulder suffered the injuries described above.

34. At the time of the crash Mr. Papiernick maintained a policy of automobile liability insurance with the Hartford Insurance Company and Plaintiffs settled their claims against Mr. Papiernick with Allstate's approval and permission.

35. Allstate, through its agent and employee, relayed the consent to settle via an email dated October 1, 2026.

36. Despite being placed on notice of the claim for UIM benefits, and despite being on notice that Papiernik's liability limits were woefully inadequate to compensate Plaintiffs for the injuries and damages caused by in the crash described above, Allstate has not offered any UIM benefits or compensation to Plaintiffs for the serious, permanent, and disabling injuries and damages they sustained as a result of the crash described above.

37. The Plaintiffs have at any and all times material hereto, complied with the applicable provision of the Allstate policy at issue yet Allstate still refuses to fairly and

appropriately compensate the Plaintiffs for the injuries and damages they sustained as a result of the crash.

**COUNT I – BREACH OF CONTRACT**
**ANITA AND MARK MOULDER v. ALLSTATE INSURANCE COMPANY**

38. The preceding paragraphs are incorporated by reference as if fully set forth herein.
39. Plaintiffs were, at all times material hereto, insureds under the Allstate policy of insurance described above and as evidenced by the Declaration Sheet attached hereto as Exhibit A.
40. Plaintiffs complied with all policy provisions and conditions precedent that entitled them to UIM benefits under the Allstate policy described above and as evidenced by the Declaration Sheet attached hereto as Exhibit A.
41. Allstate breached its contract of insurance with insureds, the Plaintiffs, by, *inter alia*, failing to properly compensate the Plaintiffs for their injuries and damages.
42. Allstate breached its contract of insurance with its insureds, the Plaintiffs, by, *inter alia*, failing to properly evaluate their claims, investigate their claims, and to pay the UIM policy limits.

WHEREFORE, Plaintiffs demand judgment in their favor and against Defendant, in an amount in excess of seventy-five thousand ($75,000.00) dollars, together with delay damages and any other relief to which Plaintiffs may be entitled under the law.

**COUNT II – LOSS OF CONSORTIUM**
**MARK MOULDER V. ALLSTATE INSURANCE COMPANY**

43. The preceding paragraphs are incorporated by reference as if fully set forth herein.
44. At all times material hereto, Plaintiff Mark Moulder was the lawful spouse of Anita Moulder.

45. As a direct and proximate result of the negligence, carelessness and/or recklessness of the tortfeasor, as described above, Plaintiff Mark Moulder has in the past and will in the future be deprived of the society of his spouse to his great emotional, physical and economic loss.

46. Mr. Moulder's losses and damages, as described above, are compensable as UIM damages under the Allstate policy described above and as evidenced by the Declaration Sheet attached hereto as Exhibit A.

WHEREFORE Plaintiffs demand judgment in their favor and against Defendant in an amount in excess of seventy-five thousand ($75,000) dollars, together with delay damages and any other amounts to which they are entitled under the law.

Respectfully submitted,

**SMITH MIRABELLA BLAKE**

BY: ______________________________
KEVIN M. BLAKE
Attorney for Plaintiffs

DATE: November 12, 2026

# EXHIBIT A

Allstate.

Johanna James
3821 Skippack,Po1568
Skippack PA 19474

Information as of October 11, 2023

Policyholder(s) Page 1 of 2

**Mark Moulder, Anita L Moulder, Mark Moulder**

Policy number

**977 579 313**

Your Allstate agency is

**Johanna James**

(610) 584-6888

johannajames@allstate.com

MARK AND ANITA L MOULDER
& MARK & RACHEL MOULDER
2919 MICHELE DR
EAST NORRITON PA 19403-4137

# We Made a Change to Your Policy

A change has been made to your policy—it took effect on 10/20/2023. The enclosed Amended Policy Declarations includes this change:

Your premium for the current policy period has not been affected.

The coverages and limits you carry for your vehicles, and the costs of those coverages, are listed in detail on the enclosed Amended Policy Declarations. By comparing this Policy Declarations with the most recent Declarations mailed to you, you can see any changes in detail.

If you have any questions or concerns please contact me at (610) 584-6888. Thank you for choosing Allstate Fire and Casualty Insurance Company. We appreciate the opportunity to help you protect what you have today and help prepare you for the future.

EA250

Policy number: **977 579 313**
Policy effective date: October 20, 2023



## Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. ***Next steps:*** review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. ***Next steps:*** please pay the minimum amount by the due date listed on it.

You can also pay your bill online at Allstate.com/support or through the Allstate mobile app. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule. Para español, llamar al 1-800-979-4285.

☐ **What if I have questions?**
Visit Allstate.com/support to browse our list of frequently asked questions and find information regarding billing or policy documents. You can also create an online account to access and manage your policies. Para español, llamar al 1-800-979-4285.

## A guide to your amended package




**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
www.allstate.com/madesimple
Espanol.allstate.com/facildeentender

***To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.***

027 010 037 231012AE01629000000977579313231012AE01629AUT
AUTR18PA20231012020752O1A-001629-001-0-00-00

Policy number: 977 579 313
Policy effective date: October 20, 2023

Allstate.

## Important Information About Your Safe Driving Deductible Rewards

We are pleased to let you know that your available deductible reduction amount has been increased. Please see your Policy Declarations for details.

**X73684**

027 010 037 231012AE01629000000977579313231012AE01629AUT
AUTR18PA2023101202075201A-001629-002-0-00-00

# Amended auto policy declarations

Your policy effective date is October 20, 2023

Platinum Gold Standard Value Plan

Allstate®



Information as of October 11, 2023

## This policy is nonparticipating with regard to paying dividends to policyholders.

## Summary

Named Insured(s)
**Mark Moulder, Anita L Moulder, Mark Moulder**

Mailing address
**2919 Michele Dr**
**East Norriton PA 19403-4137**

Policy number
**977 579 313**

Your policy provided by
**Allstate Fire and Casualty Insurance Company**

Policy period
Beginning **October 20, 2023** through **April 20, 2024** at 12:01 a.m. standard time

Your policy change is effective
**October 20, 2023**

Your Allstate agency is
**Johanna James**
3821 Skippack,Po1568
Skippack PA 19474
(610) 584-6888
johannajames@allstate.com

**IN ACCORDANCE WITH SECTION 1725 OF THE MOTOR VEHICLE FINANCIAL RESPONSIBILITY LAW, THIS IS TO INFORM YOU THAT COLLISION DAMAGE TO A RENTAL VEHICLE WILL BE COVERED IF: 1) THE RENTAL VEHICLE IS A FOUR WHEEL PRIVATE PASSENGER AUTOMOBILE OR A UTILITY AUTOMOBILE, AND 2) AT LEAST ONE PREMIUM FOR AUTO COLLISION COVERAGE APPEARS ON YOUR POLICY DECLARATIONS. COVERAGE WILL BE SUBJECT TO DEDUCTIBLES AND TO POLICY TERMS AND CONDITIONS, INCLUDING ANY APPLICABLE ENDORSEMENTS.**

## Total Premium for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| ***Vehicles covered*** | ***Identification Number (VIN)*** | ***Premium*** |
|---|---|---|
| 2015 GMC Terrain | 2GKFLWE39F6411683 | $746.10 |
| 2013 Chevy Trk Chevy Trucks | 1GCRKSE71DZ155693 | 484.77 |
| 2019 Honda Civic | 2HGFC2F84KH550442 | 746.84 |
| 2020 Utility | 5JW1U1216L1287468 | 19.00 |
| 2008 Jeep Liberty | 1J8GN28K58W154710 | 342.37 |

| | |
|---|---|
| **If you pay in installments*** | **$2,339.08** |
| **If you pay in full (includes FullPay® Discount)** | **$2,140.48** |

**** Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).***

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Allstate Easy Pay Plan | **$98.35** | Safe Driving Club® | **$1,135.69** |
| Multiple Policy | **$394.55** | Responsible Payer | **$168.91** |
| Early Signing | **$77.80** | Homeowner | **$104.04** |
| Prior Carrier | **$57.81** | Allstate Auto/Life | **$47.86** |
| Allstate eSmart® | **$207.60** | Anti-theft | **$40.26** |
| Passive Restraint | **$93.17** | Antilock Brakes | **$16.22** |
| Electronic Stability Control | **$16.22** | Drivewise® | **$207.59** |

| | |
|---|---|
| **Total discounts** | **$2,666.07** |

| **Policy discounts** | | | **$2,292.61** |
|---|---|---|---|
| Allstate Easy Pay Plan | $98.35 | Homeowner | $104.04 |
| Safe Driving Club® | $1,135.69 | Prior Carrier | $57.81 |
| Multiple Policy | $394.55 | Allstate Auto/Life | $47.86 |
| Responsible Payer | $168.91 | Allstate eSmart® | $207.60 |
| Early Signing | $77.80 | | |

PA010AMD

Amended auto policy declarations
Policy number: 977 579 313
Policy effective date: October 20, 2023

| **2015 GMC Terrain discounts** | | | **$162.16** |
|---|---|---|---|
| Anti-theft | $23.50 | Passive Restraint | $74.75 |
| Antilock Brakes | $4.32 | Electronic Stability Control | $4.32 |
| Drivewise® | $55.27 | | |

| **2013 Chevy Trk Chevy Trucks discounts** | | | **$67.58** |
|---|---|---|---|
| Anti-theft | $8.36 | Antilock Brakes | $3.58 |
| Electronic Stability Control | $3.58 | Drivewise® | $48.55 |
| Passive Restraint | $3.51 | | |

| **2019 Honda Civic discounts** | | | **$100.66** |
|---|---|---|---|
| Anti-theft | $8.40 | Passive Restraint | $8.90 |
| Antilock Brakes | $5.59 | Electronic Stability Control | $5.59 |
| Drivewise® | $72.18 | | |

| **2008 Jeep Liberty discounts** | | | **$43.06** |
|---|---|---|---|
| Passive Restraint | $6.01 | Antilock Brakes | $2.73 |
| Electronic Stability Control | $2.73 | Drivewise® | $31.59 |

***Listed drivers on your policy***

**Mark Moulder** - Married male driver, age 59, Safe Driving Club
**Anita Moulder** - Married female driver, age 59, Safe Driving Club
**Mark Moulder** - Single male driver, age 29, Safe Driving Club
**Rachel Moulder** - Single female driver, age 26, Safe Driving Club

***Excluded drivers from your policy***

None

PA010AMD
027 010 037 231012AE01629000000977579313231012AE01629AUT
AUTR18PA20231012020752 01A-001629-003-0-00-00

## Coverage detail for 2015 GMC Terrain

| *Coverage* | *Limits* | *Deductible* | *Premium* |
|---|---|---|---|
| Automobile Liability Insurance - Limited Tort | | | |
| ▪ Bodily Injury | $100,000 each person<br>$300,000 each occurrence | Not applicable | $273.52 |
| ▪ Property Damage | $100,000 each occurrence | Not applicable | $145.06 |
| Auto Collision Insurance | Actual cash value | $1,000 | $166.82 |
| (Safe Driving Deductible Reward - deductible reduction amount available is $300) | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $53.65 |
| Rental Reimbursement | up to $20 per day for a maximum of 30 days | Not applicable | $11.80 |
| Towing and Labor Costs | $100 each disablement | Not applicable | $9.68 |
| Underinsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $40.95 |
| Uninsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $28.08 |
| Accidental Death | **Not purchased*** | | |
| Combination Package<br>▪ Accidental Death<br>▪ Funeral Expenses | **Not purchased*** | | |
| Extraordinary Medical | **Not purchased*** | | |
| Funeral Expenses | $2,500 each person | Not applicable | $0.24 |
| Income Loss | **Not purchased*** | | |
| Medical Expenses | $5,000 each person | Not applicable | $16.30 |
| Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2015 GMC Terrain** | | | **$746.10** |

*** This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 2GKFLWE39F6411683

**Lienholder**
Merck Sharp & Dohme Federal Cr Un

**Rating information**
▪ This vehicle is driven between 8,001 and 9,000 miles per year.

PA010AMD

Amended auto policy declarations
Policy number: 977 579 313
Policy effective date: October 20, 2023



## Coverage detail for 2013 Chevy Trk Chevy Trucks

| *Coverage* | *Limits* | *Deductible* | *Premium* |
|---|---|---|---|
| Automobile Liability Insurance - Limited Tort | | | |
| ▪ Bodily Injury | $100,000 each person<br>$300,000 each occurrence | Not applicable | $87.62 |
| ▪ Property Damage | $100,000 each occurrence | Not applicable | $125.86 |
| Auto Collision Insurance | Actual cash value | $1,500 | $140.12 |
| (Safe Driving Deductible Reward - deductible reduction amount available is $300) | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $75.21 |
| Rental Reimbursement | **Not purchased*** | | |
| Towing and Labor Costs | $100 each disablement | Not applicable | $9.68 |
| Underinsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $22.58 |
| Uninsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $15.49 |
| Accidental Death | **Not purchased*** | | |
| Combination Package | **Not purchased*** | | |
| ▪ Accidental Death | | | |
| ▪ Funeral Expenses | | | |
| Extraordinary Medical | **Not purchased*** | | |
| Funeral Expenses | $2,500 each person | Not applicable | $0.24 |
| Income Loss | **Not purchased*** | | |
| Medical Expenses | $5,000 each person | Not applicable | $7.97 |
| Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2013 Chevy Trk Chevy Trucks** | | | **$484.77** |

*** This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 1GCRKSE71DZ155693

**Rating information**

- This vehicle is driven between 6,001 and 7,000 miles per year.

PA010AMD
027 010 037 231012AE01629 0000009775793132310 12AE01629AUT
AUTR18PA20231012020752 01A-001629-004-0-00-00

## Coverage detail for 2019 Honda Civic

| *Coverage* | *Limits* | *Deductible* | *Premium* |
|---|---|---|---|
| Automobile Liability Insurance - Limited Tort | | | |
| ▪ Bodily Injury | $100,000 each person<br>$300,000 each occurrence | Not applicable | $135.76 |
| ▪ Property Damage | $100,000 each occurrence | Not applicable | $168.71 |
| Auto Collision Insurance | Actual cash value | $1,500 | $249.13 |
| (Safe Driving Deductible Reward - deductible reduction amount available is $300) | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $75.61 |
| Rental Reimbursement | **Not purchased*** | | |
| Towing and Labor Costs | $100 each disablement | Not applicable | $9.68 |
| Underinsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $51.70 |
| Uninsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $35.45 |
| Accidental Death | **Not purchased*** | | |
| Combination Package | **Not purchased*** | | |
| ▪ Accidental Death | | | |
| ▪ Funeral Expenses | | | |
| Extraordinary Medical | **Not purchased*** | | |
| Funeral Expenses | $2,500 each person | Not applicable | $0.24 |
| Income Loss | **Not purchased*** | | |
| Medical Expenses | $5,000 each person | Not applicable | $20.56 |
| Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2019 Honda Civic** | | | **$746.84** |

*** This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 2HGFC2F84KH550442

**Rating information**
- This vehicle is driven between 10,001 and 11,000 miles per year.

## Coverage detail for 2020 Utility

| *Coverage* | *Limits* | *Deductible* | *Premium* |
|---|---|---|---|
| Auto Collision Insurance | Actual cash value up to:<br>$1,500 | $0 | $8.00 |

***(continued)***

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Auto Comprehensive Insurance | Actual cash value up to: $1,500 | $0 | $11.00 |
| **Total premium for 2020 Utility** | | | **$19.00** |

*** This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 5JW1U1216L1287468

**Rating information**
- This vehicle is used as a trailer

## Coverage detail for 2008 Jeep Liberty

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance - Limited Tort | | | |
| • Bodily Injury | $100,000 each person<br>$300,000 each occurrence | Not applicable | $114.25 |
| • Property Damage | $100,000 each occurrence | Not applicable | $156.36 |
| Auto Collision Insurance | **Not purchased*** | | |
| Auto Comprehensive Insurance | **Not purchased*** | | |
| Rental Reimbursement | **Not purchased*** | | |
| Towing and Labor Costs | **Not purchased*** | | |
| Underinsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $34.25 |
| Uninsured Motorists Insurance Limited Tort / Nonstacked Limits | $100,000 each person<br>$300,000 each accident | Not applicable | $23.48 |
| Accidental Death | **Not purchased*** | | |
| Combination Package<br>• Accidental Death<br>• Funeral Expenses | **Not purchased*** | | |
| Extraordinary Medical | **Not purchased*** | | |
| Funeral Expenses | $2,500 each person | Not applicable | $0.24 |
| Income Loss | **Not purchased*** | | |
| Medical Expenses | $5,000 each person | Not applicable | $13.79 |
| Sound System | **Not purchased*** | | |

*(continued)*

PA010AMD
027 010 037 231012AE01629000000977579313231012AE01629AUT
AUTR18PA20231012020752O1A-001629-005-0-00-00

| ***Coverage*** | ***Limits*** | ***Deductible*** | ***Premium*** |
|---|---|---|---|
| Tape | **Not purchased*** | | |
| **Total premium for 2008 Jeep Liberty** | | | **$342.37** |

*** This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 1J8GN28K58W154710

**Rating information**

- This vehicle is driven between 7,001 and 8,000 miles per year.

## Additional coverages

| | |
|---|---|
| Identity Theft Expenses | **Not purchased*** |

**** This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.***

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Allstate Fire and Casualty Insurance Company Auto Policy – AFA3
- Pennsylvania Auto Amendatory Endorsement – AFA31-5
- PA Amendment of Policy Provisions – AU14915

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶You are earning a discount of $207.59 for participating in Drivewise®.

▶Your policy reflects Allstate's Preferred Package Savings. We have applied this savings to your policy because you own a residential property and insure more than one vehicle.

▶Your Gold Protection package contains the following features:
- Accident Waiver Enhancement feature
- Safe Driving Deductible Reward feature

**▶Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

**Allstate Fire and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

William Hill
President

Susan L. Lees
Secretary

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **Anita and Mark Moulder, h/w** | : | CIVIL ACTION |
| v. | : | |
| **Allstate Fire and Caualty Insurance Company** | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

| | | |
|---|---|---|
| 11/12/2026 | KEVIN M. BLAKE | Plaintiff's, Anita and Mark Moulder, h/w |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 422-4100 | (215) 422-4101 | KBLAKE@SMBLAWFIRM.COM |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: **Stoneybrook Drive and N. Whitehall Road, West Norriton Township**

***RELATED CASE IF ANY:*** Case Number:______________________ Judge:________________________________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

*A.* ***Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief ***see certification below***
- ☐ 16. All Other Federal Question Cases. *(Please specify)*:______________________________

**B.** ***Diversity Jurisdiction Cases:***

- ☒ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury (*Please specify*):________________
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*______________ ______________________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☒ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.